FRANCES W. BOWEN v. JAMES H. BOWEN.

June 8, 1983.

Petition for certification granted.

DOMENIC MIGLIAZZA v. HALL CONSTRUCTION CO., INC.

June 8, 1983.

Petition for certification denied.

SEATRAIN LINES, INC. v. BOROUGH OF EDGEWATER.

June 8, 1983.

ORDERED that the motion for summary disposition is granted, and the judgment of the Appellate Division, reported at —— *N.J.Super.* —— (App.Div.1983), is summarily reversed. See c. 137, L.1983.